UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re: §
§
MORGAN, TIMOTHY PAUL § Case No. 14-13591
MORGAN, ASHLEA RENEE §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 08/27/2014 . The case was converted to one under Chapter 7 on 09/29/2014 . The undersigned trustee was appointed on 10/03/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    6,063.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 3.95 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 3,847.97 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $    2,201.08

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/10/2015 and the deadline for filing governmental claims was 02/23/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 553.76 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 553.76 , for a total compensation of $ 553.76 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 45.06 , for total expenses of $ 45.06 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/04/2015              By: /s/SUSAN MANCHESTER
                                          Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-13591   JDL   Judge: Janice D. Loyd | Trustee Name: SUSAN MANCHESTER |
| Case Name: | MORGAN, TIMOTHY PAUL | Date Filed (f) or Converted (c): 09/29/14 (c) |
| | MORGAN, ASHLEA RENEE | 341(a) Meeting Date: 11/05/14 |
| For Period Ending: | 08/04/15 | Claims Bar Date: 02/10/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3927 Bellwood Dr., Norman, Ok 73072  Lot Fourteen (14), in Block One (1), of BROOKHAVEN NO. 1 ADDITION, to Norman, Cleveland County, Oklahoma, according to the recorded plat thereof. | 131,040.00 | 0.00 | | 0.00 | FA |
| 2. CASH IN DEBTOR'S POSSESSION | 20.00 | 0.00 | | 0.00 | FA |
| 3. business checking acct # 5028647  Authorized signer only 1st Bank & Trust | 367.00 | 0.00 | | 0.00 | FA |
| 4. checking acct # 5027438 | 33.00 | 0.00 | | 0.00 | FA |
| 5. checking acct # 87190771 Arvest Bank | 200.00 | 0.00 | | 0.00 | FA |
| 6. FURNITURE, APPLIANCES, KITCHENWARE, TV ( ), VCR, STEREO, TOOLS, PC IN DEBTOR'S POSSESSION | 3,605.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS, PICTURES, PHOTOS, DECORATIVE ITEMS IN DEBTOR'S POSSESSION | 200.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING, REGULARLY WORN JEWELRY IN DEBTOR'S POSSESSION | 500.00 | 0.00 | | 0.00 | FA |
| 9. wedding rings Debtor Possession | 200.00 | 0.00 | | 0.00 | FA |
| 10. Sole managing membership in Explosive Athletics LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. business interest in Morgan's Cutting Crew , Inc. (inactive) | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Mercedes Benz  VIN # WDBUF56X28B333672 Debtor Possession | 12,343.00 | 0.00 | | 0.00 | FA |
| 13. 2014 TAX REFUNDS (u) | 2,215.03 | 2,500.00 | | 6,063.00 | FA |
| TOTALS (Excluding Unknown Values) | $150,723.03 | $2,500.00 | | $6,063.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 06, 2014, 02:06 pm NEED LAST TAX RETURN FOR LLC & DOCS ON RENEWAL INSURANCE COMMISSIONS, IF THE DEBTOR RECEIVES ANY. EMAILED ATTY.
November 11, 2014, 03:35 pm DEBTOR DOES NOT RECEIVE RENEWAL INSURANCE COMMISSIONS. LLC DID NOT FILE A RETURN IN 2013, THE OVERFLOW WAS INCLUDED ON PERSONAL TAXES.
November 11, 2014, 03:28 pm ASSET DUE TO 2014 TAX REFUNDS. EMAILED ATTY.
December 31, 2014,  TRUSTEE TO WAIT ON 2014 REFUNDS.
March 23, 2015, 10:58 am TRUSTEE WAITING ON 2014 REFUNDS.
April 06, 2015, 02:36 pm RECEIVED IRS REFUND FOR $6,063. NEED 2014 RETURNS. EMAILED ATTY.
May 12, 2015, 12:36 pm NEED 2014 RETURNS. EMAILED ATTY.
May 14, 2015, 10:37 am RECEIVED 2014 RETURNS. AMOUNT OWED TO ESTATE $2,215.03. APP TO RELEASE $3,847.97. EMAILED ATTY.
June 02, 2015, 03:19 pm CUT CHECK TO DEBTOR FOR $3,847.97.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 14-13591    JDL    Judge: Janice D. Loyd | Trustee Name:    SUSAN MANCHESTER |
| Case Name: MORGAN, TIMOTHY PAUL | Date Filed (f) or Converted (c):    09/29/14 (c) |
| MORGAN, ASHLEA RENEE | 341(a) Meeting Date:    11/05/14 |
| | Claims Bar Date:    02/10/15 |

July 22, 2015, 09:56 am TRUSTEE REVIEWING CLAIMS.
August 04, 2015, 01:40 pm PREPARE TFR & FA. SENT FOR REVIEW.

Initial Projected Date of Final Report (TFR): 11/30/15        Current Projected Date of Final Report (TFR): 11/30/15

/s/    SUSAN MANCHESTER
_____ Date: 08/04/15
    SUSAN MANCHESTER

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-13591 -JDL | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | MORGAN, TIMOTHY PAUL | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | MORGAN, ASHLEA RENEE | Account Number / CD #: | *******5125 Checking - Non Interest |
| Taxpayer ID No: | *******4920 | | |
| For Period Ending: | 08/04/15 | Blanket Bond (per case limit): | $ 6,496,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 05/14/15 | 13 | UNITED STATES TREASURY | 2014 TAX REFUNDS | 1224-000 | 6,063.00 | | 6,063.00 |
| C 06/02/15 | 001001 | TIMOTHY PAUL MORGAN | 2014 TAX REFUNDS | 8500-002 | | 3,847.97 | 2,215.03 |
| | | 3927 BELLWOOD DR | | | | | |
| | | NORMAN, OK 73072 | | | | | |
| C 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,205.03 |
| C 06/12/15 | 001002 | INTERNATIONAL SURETIES, LTD | JUNE 2015 BOND PAYMENTS | 2300-000 | | 3.95 | 2,201.08 |
| | | | BOND # 016018042 | | | | |

|   | Account | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
|   | *******5125 | 1 Deposits | 6,063.00 | | 2 Checks | 3,851.92 |
|   | | 0 Interest Postings | 0.00 | | 1 Adjustments Out | 10.00 |
|   | | | | | 0 Transfers Out | 0.00 |
|   | | Subtotal | $ 6,063.00 | | | |
|   | | | | | Total | $ 3,861.92 |
|   | | 0 Adjustments In | 0.00 | | | |
|   | | 0 Transfers In | 0.00 | | | |
|   | | Total | $ 6,063.00 | | | |

/s/ SUSAN MANCHESTER

Trustee's Signature: _____ Date: 08/04/15
                     SUSAN MANCHESTER

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: August 04, 2015 |

Case Number:  14-13591  
Debtor Name:  MORGAN, TIMOTHY PAUL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD | Administrative | | $3.95 | $3.95 | $0.00 |
| 000002A 050 4210-00 | Conn Appliances, Inc. as Attorney-in-Fact and Serv Conn's Receivables Funding I, LP P.O Box 2358 Beaumont, Texas 77704 | Secured | | $2,230.00 | $0.00 | $2,230.00 |
| 000005A 058 5800-00 | OKLAHOMA TAX COMMISSION General Counsel's Office 120 N. Robinson, Ste 2000W Oklahoma City, OK 73102-7895 | Priority | | $609.25 | $0.00 | $609.25 |
| 999 8500-00 | TIMOTHY PAUL MORGAN 3927 BELLWOOD DR NORMAN, OK 73072 | Unsecured | | $3,847.97 | $3,847.97 | $0.00 |
| 000001 070 7100-00 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | Unsecured | | $466.83 | $0.00 | $466.83 |
| 000002B 070 7100-00 | Conn Appliances, Inc. as Attorney-in-Fact and Serv Conn's Receivables Funding I, LP P.O Box 2358 Beaumont, Texas 77704 | Unsecured | | $179.54 | $0.00 | $179.54 |
| 000003 070 7100-00 | Navient Solutions, Inc. on behalf of OCAP Attn: Bankruptcy Litigation Unit - E3149 PO Box 9430 Wilkes-Barre, PA 18773-9430 | Unsecured | | $12,284.93 | $0.00 | $12,284.93 |
| 000004 070 7100-00 | BMO Harris Bank NA Attn: Retail Collections BRK-180-RC 770 N. Water Street Milwaukee, WI 53202-3593 | Unsecured | | $4,406.54 | $0.00 | $4,406.54 |
| 000005B 070 7100-00 | OKLAHOMA TAX COMMISSION General Counsel's Office 120 N. Robinson, Ste 2000W Oklahoma City, OK 73102-7895 | Unsecured | | $48.56 | $0.00 | $48.56 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $242.90 | $0.00 | $242.90 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 04, 2015 |

Case Number: 14-13591  
Debtor Name: MORGAN, TIMOTHY PAUL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | PFC Funding LLC PO Box 1686 Greeley CO 80632 | Unsecured | | $2,015.81 | $0.00 | $2,015.81 |
| 000008 070 7100-00 | Municipal Employees Credit Union of OKC 8812 S Walker Oklahoma City OK 73139 | Unsecured | | $14,710.94 | $0.00 | $14,710.94 |
| 000009 070 7100-00 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $503.58 | $0.00 | $503.58 |
| | Case Totals: | | | $41,550.80 | $3,851.92 | $37,698.88 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-13591
Case Name: MORGAN, TIMOTHY PAUL
　　　　　　MORGAN, ASHLEA RENEE
Trustee Name: SUSAN MANCHESTER

　　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　$　　　　　2,201.08

　　Claims of secured creditors will be paid as follows:

NONE

　　Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: SUSAN MANCHESTER | $ 553.76 | $ 0.00 | $ 553.76 |
| Trustee Expenses: SUSAN MANCHESTER | $ 45.06 | $ 0.00 | $ 45.06 |
| Other: INTERNATIONAL SURETIES, LTD | $ 3.95 | $ 3.95 | $ 0.00 |

　　　Total to be paid for chapter 7 administrative expenses　　　　$　　　　598.82
　　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$　　　　1,602.26

　　Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 609.25 must be paid in advance of any dividend to general (unsecured) creditors.

　　　　Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | OKLAHOMA TAX COMMISSION | $ 609.25 | $ 0.00 | $ 609.25 |
| | Total to be paid to priority creditors | | | $ 609.25 |
| | Remaining Balance | | | $ 993.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,859.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry SPV I, LLC | $ 466.83 | $ 0.00 | $ 13.30 |
| 000002B | Conn Appliances, Inc. as | $ 179.54 | $ 0.00 | $ 5.11 |
| 000003 | Navient Solutions, Inc. on behalf of | $ 12,284.93 | $ 0.00 | $ 349.95 |
| 000004 | BMO Harris Bank NA | $ 4,406.54 | $ 0.00 | $ 125.52 |
| 000005B | OKLAHOMA TAX COMMISSION | $ 48.56 | $ 0.00 | $ 1.38 |
| 000006 | Capital One Bank (USA), N.A. | $ 242.90 | $ 0.00 | $ 6.92 |
| 000007 | PFC Funding LLC | $ 2,015.81 | $ 0.00 | $ 57.42 |
| 000008 | Municipal Employees Credit Union of OKC | $ 14,710.94 | $ 0.00 | $ 419.06 |
| 000009 | LVNV Funding, LLC its successors and | $ 503.58 | $ 0.00 | $ 14.35 |
| | Total to be paid to timely general unsecured creditors | | | $ 993.01 |

Remaining Balance    $_____0.00_

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE